UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW BOTTARI,

                      Plaintiffs,

-against-

DAVID FISCHER and MICHAEL STEPHENSON,
employees of the Village of Ardsley Police
Department,

                      Defendants.
-----------------------------------------------------------X

Docket No.: 07-cv-8192

STIPULATION TO
EXTEND TIME
TO ANSWER

    IT IS HEREBY STIPULATED AND AGREED by and among the attorneys for the respective parties that time for service of the Answer in the above referenced matter is hereby extended up to and including October 23, 2007.

    A facsimile of this stipulation may be used as an original for all purposes.

Dated: White Plains, New York
       October 5, 2007

John J. Walsh (4092)
Hodges Walsh & Slater, LLP
75 South Broadway, Suite 415
White Plains, NY 10601
914-304-4333
Attys. for Defendants

Matthew Flamm (1309) MF1309
26 Court Street, Suite 600
Brooklyn, NY 11242
(718) 797-3117
Attys. For Plaintiff