UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW BOTTARI,

            Plaintiff,

      -against-

DAVID FISHER and MICHAEL STEVENSON,
Employees of the Village of Ardsley Police
Department,

           Defendants.
-------------------------------------------------------------X

Docket No.: 07civ8192

Calendar No.:

**JURY DEMAND**

C O U N S E L O R S:

    **PLEASE TAKE NOTICE**, that the undersigned hereby demands a trial by jury on all issues in this action.

Dated: White Plains, New York
       October 18, 2007

Yours, etc.,

_____
PAUL E. SVENSSON (3403)
Attorney for the Defendants
55 Church Street
White Plains, NY 10601
914-304-4333

TO:  Matthew Flamm
      Attorney for the Plaintiff
      26 Court Street, Suite 600
      Brooklyn, NY 11242
      718-797-3117

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         SS.:)
COUNTY OF WESTCHESTER    )

TRACIE TOBACCO being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On October 18, 2007 I served a true copy of the annexed **Jury Demand** in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

TO:   Matthew Flamm
      Attorney for the Plaintiff
      26 Court Street, Suite 600
      Brooklyn, NY 11242
      718-797-3117

_____
TRACIE TOBACCO

Sworn to before me this
18 Day of October, 2007

_____
Notary Public

LISA M. ROLLE
Notary Public, State of New York
No. 02RO5040279
Qualified in Westchester County
Commission Expires March 5, 2011