UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREW BOTTARI,

                Plaintiffs,

     -against-

DAVID FISCHER and MICHAEL STEPHENSON,
employees of the Village of Ardsley Police
Department,

                Defendants.
-------------------------------------------------------------------X

Docket No.: 07-cv-8192 (CLB)

**STIPULATION TO
EXTEND TIME
TO ANSWER**

    **IT IS HEREBY STIPULATED AND AGREED** by and among the attorneys for the respective parties that time for service of the Answer in the above referenced matter is hereby extended up to and including October 23, 2007.

    A facsimile of this stipulation may be used as an original for all purposes.

Dated: White Plains, New York
         October 5, 2007

_____
John J. Walsh (4092)
Hodges Walsh & Slater, LLP
75 South Broadway, Suite 415
White Plains, NY 10601
914-304-4333
*Attys. for Defendants*

_____
Matthew Flamm (1309) MF1309
26 Court Street, Suite 600
Brooklyn, NY 11242
(718) 797-3117
*Attys. For Plaintiff*

SO ORDERED:

Charles L. Brieant
U.S.D.J.

10 -   -07