# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ANDREW BOTTARI,

            Plainitff,

    V.

DAVID FISHER and MICHAEL STEVENSON, employees of the Village of Ardsley Police Department,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CIV 8192**

**JUDGE BRIEANT**

TO: (Name and address of defendant)

DAVID FISHER and MICHAEL STEVENSON
THE VILLAGE OF ARDSLEY POLICE DEPARTMENT
507 Ashford Avenue, Ardsley, New York 10502

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew Flamm, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON              SEP 1 9 2007

CLERK              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>September 26th, 2007 |
| NAME OF SERVER (PRINT)<br>Rocco F. D'Agostino | TITLE<br>Attorney at Law |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: David Fisher / 507 Ashford Avenue, Ardsley, New York 10502 (Ardsley POlice Station) at 10:40 a.m.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $45.00 | $50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 26th, 2007
                      Date

Signature of Server

140 Winding Ridge Road
White Plains, NY 10603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.