UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANDREW BOTTARI,

                Plaintiff,

    - against -

DAVID FISHER and MICHAEL STEVENSON,
employees of the Village of Ardsley Police
Department,

                Defendants.

------------------------------------------------------------------x

**DECLARATION OF SERVICE**
07-CV-8192 (CLB)

STATE OF NEW YORK      )
                                : SS. :
COUNTY OF WESTCHESTER  )

    ROCCO D'AGOSTINO, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

    That on September 26, 2007, I served the SUMMONS AND COMPLAINT upon defendant DAVID FISHER at The Ardsley Village Police Department, 507 Ashford Avenue, Ardsley, New York, that being the address within the State designated for that purpose, by hand-delivering originals to DAVID FISHER.

                                                        _____
                                                        Rocco D'Agostino