UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANDREW BOTTARI,

                Plaintiff,

    - against -

DAVID FISHER and MICHAEL STEVENSON,
employees of the Village of Ardsley Police
Department,

                Defendants.

------------------------------------------------------------x

DECLARATION OF SERVICE
07-CV-8192 (CLB)

STATE OF NEW YORK    )
                             : SS. :
COUNTY OF WESTCHESTER  )

    ROCCO D'AGOSTINO, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

    That on October 3, 2007, I served the SUMMONS AND COMPLAINT upon defendant MICHAEL STEVENSON at his place of employment, The Ardsley Village Police Department, 507 Ashford Avenue, Ardsley, New York, that being the address within the State designated for that purpose, by hand-delivering and leaving the originals of the aforementioned documents with a person of suitable age and discretion, Ardsley Police Sergeant Kanigher, who was authorized to accept service on behalf of defendant.

    That within twenty-four hours of leaving the documents with Sergeant Kanigher, I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to defendant MICHAEL STEVENSON at The Ardsley Village Police Department, 507 Ashford Avenue, Ardsley, New York.

                                                                       _____
                                                                       Rocco D'Agostino