UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
ANDREW BOTTARI,

                      Plaintiffs,

Docket No.: 07-cv-8192 (CLB)

STIPULATION & ORDER

   -against-

DAVID FISCHER and MICHAEL STEPHENSON,
employees of the Village of Ardsley Police
Department,

                      Defendants.
--------------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED** by and between the parties to this matter by their attorneys, that plaintiff agrees to accept the Demands and Interrogatories dated December 28, 2007 herein.

      By so agreeing, plaintiff does not hereby waive any other objections to said demands that might be applicable.


Dated: White Plains, New York
       January 7, 2008

_____
John J. Walsh (4092)
Hodges Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY  10601
914-385-6000
*Attys. for Defendants*

_____
Matthew Flamm (1309)
26 Court Street, Suite 600
Brooklyn, NY 11242
(718) 797-3117
*Attys. For Plaintiff*


SO ORDERED: _____
                    Honorable Charles Brieant, U.S.D.J.

dated: January 10, 2008