# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600

BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117 . FAX (718) 522-2026

By Facsimile Transmission Only

February 28, 2008

The Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Bottari v. Fisher and Stevenson
      07-CV-8192 (CLB)

Your Honor:

I represent plaintiff in this §1983 suit alleging unlawful use of force, arrest and prosecution.

I write with defense counsel's consent requesting that Your Honor permit the following proposed briefing schedule regarding defendants' summary judgment motion: plaintiff's opposition to be served on or before March 10, 2008 and defendants' reply to be served on or before March 21, 2008. The parties request that oral argument be had on April 11, 2008.

Thank you for your attention to this matter.

Respectfully submitted,

Matthew Flamm

cc:   John Walsh
      Hodges, Walsh & Slater
      Attorney for Defendants
      (By Facsimile Transmission Only)

*[Handwritten annotation: Application Granted / [illegible] / 3/3/08 / Charles L. Brieant / USDJ]*