# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600

BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117   FAX (718) 522-2026

By Facsimile Transmission and Mail

March 10, 2008

The Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Bottari v. Fisher and Stevenson
      07-CV-8192 (CLB)

Your Honor:

I represent plaintiff in this §1983 suit alleging unlawful use of force, arrest and prosecution.

I write with defense counsel's consent requesting a second enlargement of the briefing schedule regarding defendants' summary judgment motion. The hard drive on the computer on which I was working on plaintiff's response failed over the weekend and all data was lost. The most recent backup of the computer did was not recent enough to include substantial work on plaintiff's papers.

Plaintiff asks that Your Honor permit the following proposed briefing schedule: plaintiff's opposition to be served on or before March 24, 2008 and defendants' reply to be served on or before April 1, 2008. The parties request that oral argument be had on April 25, 2008 or other date convenient to the Court.

Thank you for your attention to this.

Respectfully Submitted,

Matthew Flamm

cc:   John Walsh
      Hodges, Walsh & Slater
      Attorney for Defendants
      (By Facsimile Transmission Only)