

# HODGES WALSH & SLATER, LLP
ATTORNEYS AT LAW
66 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-0060
www.hwslaw.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwslaw.com

March 28, 2008

Honorable Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, NY 10601
Via Fax: 914-390-4085

   Re: Bottari v. Fisher and Stevenson
     07-cv-8192 (CLB)

Honorable Sir:

We have today received via fax plaintiff's opposition to our Motion for Summary Judgment in the above matter.

Due to the recent tragedy suffered by Paul Svensson; together with a long scheduled vacation by the undersigned; and the slight delay in the serving of the opposition papers; plaintiff's attorney has agreed, with Your Honor's permission, to an extension of time for our office to file reply papers on the motion to May 2, 2008. We request that oral argument be conducted on May 16, 2008.

Thank you for your attention.

       Most respectfully yours,

       *John J. Walsh*
       John J. Walsh

JJW:kl

     So Ordered: *Charles L. Brieant*
          Judge Charles L. Brieant

Cc: Matthew Flamm, Esq. (via fax – 718-522-2026)