57

BOTTARI

before you were taken away by the ambulance?

A. No.

Q. Were you still wearing handcuffs when you left the scene?

A. Yes.

Q. Did anybody else come to that scene that night besides yourself, the two police officers and the ambulance personnel?

A. There was one other person, a person driving by in a vehicle that stopped, spoke briefly, and then he left.

Q. Do you know who that person was?

A. No.

Q. To whom did he speak, that person?

A. The police officers.

Q. Do you recall the sum and substance of the conversation?

A. No, I don't.

Q. Was it your impression that, that person was a police officer?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
57

58

BOTTARI

A. No.

Q. It was definitely a male?

A. Definitely a male.

Q. Was it somebody you knew?

A. No.

Q. Was that person wearing street clothes as opposed to a uniform?

A. Street clothes.

Q. Do you remember what that person was wearing, the person who came by?

A. No. I will say it was not a suit.

Q. Was the person who came by white or black or something else?

A. He was not black.

Q. Was he Asian?

A. I don't recall. I don't think so.

Q. Was he Hispanic?

A. I don't remember what his ethnic background was.

Q. Did he have an accent of any kind?

A. No.

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
58

59

BOTTARI

Q. Can you describe him for me?

A. No. I can't describe him.

Q. Was he an older person or younger person?

A. I would say 30s, 35 to 45.

Q. Was he tall, short, medium height?

A. Medium height.

Q. Was he wearing a hat?

A. I don't remember.

Q. Have you ever found out who that person was?

A. No.

Q. Have you ever spoken to anyone who told you they knew of a person who came by the scene?

A. No.

Q. Did the police officers take your wallet and your cell phone from you after you went to the ground?

A. I don't remember.

Q. When you got to the hospital, for example, did you have your wallet and your cell phone with you?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

60

BOTTARI

A. I don't remember.

Q. Was the cell phone still in your hand when you fell to the ground?

A. It had to be in my hand.

Q. Was your cell phone damaged in any way as a result of this incident?

A. It still functioned. I don't recall if it was damaged in any way.

Q. Do you still have that cell phone?

A. No.

Q. Did you still have handcuffs on when you got to the hospital?

A. I don't remember.

Q. At some point, they were removed, the handcuffs?

A. I remember one cuff being removed. The other one -- the cuff that was removed was connected to the bed.

Q. In the ambulance?

A. In the ambulance I was cuffed.

Q. In the hospital one cuff was removed and cuffed to the hospital bed?

A. Yes.

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

Case 7:07-cv-08192-CS Document 20-7 Filed 04/24/2008 Page 3 of 13

BOTTARI

Q. Did you speak to any admitting personnel when you first arrived at the hospital?

A. Yes.

Q. Did you have health insurance at the time?

A. Yes.

Q. Do you recall who your health insurance carrier was?

A. No.

Q. Did they inquire of you about your health insurance when you got to the hospital?

A. I don't remember.

Q. I am trying to get back to your wallet.

Did you have your wallet with you when you spoke to the admissions person at the hospital?

A. I don't remember when I got my wallet back or my phone, but I remember having it after I left the police station that morning.

Q. So at some point before you

BOTTARI

left the police station you got your wallet and cell phone back, correct?

A. Yes.

Q. Did you use your cell phone at all that night?

A. No.

Q. In the hospital, were you seen by a doctor?

A. Yes.

Q. Did he inquire of you as to what occurred?

A. No.

Q. Do you know the name of the doctor you saw at the hospital?

A. No.

Q. What, if any, treatment did you get at the hospital?

A. I received four stitches.

Q. Did you complain of pain to anyone at the hospital that night?

A. I don't remember.

Q. Where were the stitches?

A. Above my left eye.

Q. In addition to the stiches,

BOTTARI

were you treated in any other way at the hospital?

A. I don't think so.

Q. Did you get any prescriptions while you were in the hospital?

A. No.

Q. Did you take any medication at the hospital; were you given any medication at the hospital?

A. I don't remember.

Q. About how long were you at the hospital?

A. I think it was between a half-an-hour and an hour.

Q. During the time at the hospital, did you tell anyone how you had become injured?

A. I don't remember.

Q. After you last the hospital, were you taken to the Ardsley police station?

A. Yes.

Q. What type of vehicle transported you to the Ardsley police

BOTTARI

station?

A. An SUV.

Q. Was it a marked police vehicle?

A. Yes.

Q. Who was driving?

A. I am not sure.

Q. Was it either Sergeant Fischer or Officer Stephenson?

A. It was.

Q. Were you still in handcuffs on the ride to the police station?

A. Yes.

Q. About what time did you get to the police station?

A. Like about maybe 1:30, 2:00.

Q. What time did you leave the police station that day?

A. Like 4:30, 5:00 in the morning.

Q. How did you leave?

A. I walked.

Q. Did you go back and get your car?

A. Not at that time.

Q. Not that morning?

BOTTARI

A. Not at that time.

Q. Where did you walk to after you left the police station?

A. I walked home.

Q. How far is it from the police station to your home?

A. About a mile, three-quarters of a mile.

Q. From the time that you first pulled into that parking lot until the time you left the police station, did you talk to anyone apart from healthcare providers or police officers either in person or on the phone?

A. No.

Q. Did you make any phone calls at all that night to your wife for instance?

A. No.

Q. Did your wife call you on your cell phone that night?

A. Not that I recall.

Q. What time did you get home that morning?

A. Between probably five and 5:30.

BOTTARI

Q. Prior to leaving the police station, were you issued any tickets?

A. Yes.

Q. Appearances?

A. Yes.

Q. Were there charges listed on those documents?

A. Yes.

Q. What were you charged with?

A. Obstruction of governmental administration.

Q. Anything else?

A. Resisting arrest.

Q. Anything else?

A. And disorderly conduct.

Q. Did you see a judge that night?

A. No.

Q. Was bail set?

A. No.

Q. Did you post any bond at all?

A. No.

Q. Did you ever post bond as a result of this incident?

A. No.

BOTTARI

Q. How long after you got to the police station were your handcuffs removed?

A. Shortly after I arrived there.

Q. Were you sat in a chair next to a desk and somebody took information from you at the police station?

A. No.

Q. Did anybody ask you any questions at all while you were at the police station?

A. No.

Q. Were you given a Miranda warning?

A. Yes.

Q. Who gave you the Miranda warning?

A. Officer Stephenson.

Q. Did they take your pedigree; name, address, that kind of thing?

A. I don't remember.

Q. Were mug shots taken?

A. I don't remember.

Q. Were you fingerprinted?

A. I can't remember if I was

BOTTARI

fingerprinted.

Q. Okay.

A. I must have been printed because it is a printable arrest.

MR. FLAMM: It's just you don't remember it?

THE WITNESS: I don't remember. I was in the cell. They might have taken a picture of me. I don't recall.

Q. How long were you in the cell for?

A. A couple of hours.

Q. Did you hear any police officers speaking while you were in the cell?

A. No.

Q. Did any police officers come and speak to you while you were in the cell?

A. At some point I spoke with Officer Stephenson.

Q. While you were in the cell?

A. While I was at the police

69

BOTTARI

station.

Q. Was that at his desk, at a desk?

A. No, I never sat at a desk.

Q. Where were you while you were speaking to Officer Stephenson?

A. Near the cell or in the cell.

Q. Can you tell me the sum and substance of the conversation you had with Officer Stephenson while you were at the police station that night?

A. I remember being given the tickets.

Q. Did you comment on the tickets when you received them?

A. No.

Q. Was anything said to you when you were handed the tickets?

A. No.

Q. Do you recall the sum and substance of any conversation you had with any police officer while you were at the police department that morning?

A. No, I don't recall the sum and

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
69

70

BOTTARI

substance of any conversation.

Q. There was some conversation?

A. I don't recall. I don't recall a conversation.

Q. Well, call it what you will. Someone spoke and you heard them speak?

A. They didn't speak to me. Once they found out I was an attorney, they limited the communication between me and them as much as possible. That is what I recall. Other than that, I don't recall the sum and substance of any conversation.

Q. Did someone come to you and tell you that you are now free to go?

A. They didn't say you are free to go.

Q. What did he say?

A. Officer Stephenson came and gave me three tickets and he informed me of a date to come back to court.

Q. How far is the police station from the CVS store?

A. Quarter of a mile, approximately.

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
70

71

BOTTARI

Q. Did there come a time when you did get your car back?

A. Yes.

Q. Where was it when you went and got it?

A. GM Piccolo Auto Body in between Dobbs Ferry and Ardsley.

Q. Did you have to pay to get your car back?

A. Yes.

Q. How much?

A. I don't remember.

Q. When did you pickup the car?

A. That day.

Q. When you arrived home, was your wife home?

A. Yes.

Q. Did you speak with her when you first got home?

A. I did.

Q. Did she inquire of you as to what occurred?

A. She did.

Q. Did you tell her?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
71

72

BOTTARI

A. Yes.

Q. Do you remember what you told her?

A. I said -- she asked me, "what happened to your eye?" I said, "I got beat up by the cops last night." Then she asked me, "what happened?"

Q. Did you tell her?

A. Yes.

Q. Do you recall specifically what you told her?

A. No.

Q. Was she curious as to why you were coming home so late?

A. She was sleeping when I got home.

Q. Were the kids home too?

A. Yes.

Q. Still in bed?

A. Yes.

Q. Did you go to work that day?

A. I went to my office.

Q. Did you have anything on that day that you had to cover?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

BOTTARI

A. No, I didn't.

Q. Have you sought any further medical treatment for the injuries that you sustained in this incident apart from those you saw in the emergency room?

A. No not professional medical treatment.

Q. What treatment?

A. I had bruises and scrapes on my leg, but I treated them myself.

Q. What did you do?

A. Bacitracin.

Q. Do you have any scars as a result of this incident?

A. Above my eye.

Q. Left eye?

A. Yes. I don't know about the scrapes on my legs though.

Q. Who took the stitches out?

A. My wife.

Q. What does your wife do for a living, if anything?

A. She is in sales.

Q. Who does she work for?

BOTTARI

A. MetLife.

Q. Out of which office?

A. Elmsford.

Q. How long did you have the stitches in?

A. Like a week, approximately.

Q. As a result of the tickets you received, were you required to go to court?

A. Yes.

Q. How many times did you go to court?

A. Approximately five, six times.

Q. Did you retain the services of an attorney?

A. Yes.

Q. Who was that?

A. Rocco, D'Agostino.

MR. WALSH:

D-'-A-G-O-S-T-I-N-O, Rocco, R-O-C-C-O.

Q. Who referred you to Mr. D'Agostino?

A. I have known him for awhile.

Q. Personal friend?

BOTTARI

A. We are friendly.

Q. Did you pay Mr. D'Agostino for the services rendered to you in this matter?

A. Not yet.

Q. Has he given you a bill?

A. He has.

Q. How much?

A. Approximately $20,000.

Q. Since the incident occurred, have you spoken to anyone about what happened apart from your attorney and your wife?

A. Not that I can remember.

Q. Do you know of any media coverage this incident got; was it in the newspaper?

A. It was.

Q. What newspaper was it in?

A. The Enterprise.

Q. Is that a local newspaper?

A. It is.

Q. How often does it get published?

BOTTARI

A. Weekly.

Q. On how many occasions did you see it in The Enterprise?

A. There was one article. How many times I have seen that article, several.

Q. They keep publishing the same article?

A. No. I keep reading it.

Q. What is it that makes you keep reading it?

A. I just read it a couple of times. That's all.

Q. You kept a copy?

A. Yes.

Q. Is your name in the article?

A. It is.

Q. Can you tell me generally what is the substance of that article?

A. Thirty-eight-year-old man arrested in Ardsley about 3:00, 4:00 in the morning for, and then the list of charges.

Q. Are there any details of the incident in that article?

BOTTARI

A. No.

Q. Has anybody ever told you they saw that article?

A. Yes.

Q. How many people?

A. It's been mentioned to me about five times.

Q. Do you recall anybody who mentioned it to you?

A. Yes.

Q. Whom?

A. Kevin Moriarty. M-O-R-I-A-R-T-Y.

Q. Is he an attorney?

A. No, he is not.

Q. Is he a friend?

A. Yes.

Q. Where does he reside?

A. Tarrytown, New York.

Q. I get the impression that somehow your reputation with Mr. Moriarty has gone down as a result of this incident?

A. It might have.

Q. How long have you known Kevin

BOTTARI

Moriarty?

A. Couple of years. What it was he got a call from somebody who also got a call so several people were speaking about it.

Q. Do you know the names of anybody else who was speaking about it?

A. I don't remember. It was mentioned to me.

Q. Do you know any other names besides Kevin Moriarty?

A. No. I remember him specifically because he got in an in-depth conversation with me.

Q. Where were the two of you when you spoke about the incident?

A. He called me up on the phone. I didn't really -- we converse about a lot of different issues.

Q. Is he a client?

A. He has been a client.

Q. What was the substance of your conversation with Mr. Moriarty?

A. He told me he heard I was in

BOTTARI

the newspaper and he asked me about it. He said his friend told him. I said, "I can't really talk to you about it" and we talked about other things.

Q. Did any client come to you and say they are not going to be your client anymore as a result of this incident?

A. No.

Q. Do you believe you lost any clients as a result of this incident?

A. I do.

Q. Okay.

How do you come to that conclusion?

A. Well, Charles Strict and Mr. Clear are very active in the community. They speak with a lot of different people. I am not sure, but it is very possible that they mentioned the incident and with that, people, I assume, have a negative outlook on an attorney that is arrested for various things. Can I put a quantifiable number, no, I can't.

Q. Can you name one?

BOTTARI

A. One what?

Q. Person who did not come to you as a client as a result of this incident?

A. No.

Q. Have you spoken to -- is it Mr. Clear and Dr. Strict or Dr. Clear and Mr. Strict?

A. Mr. Clear and Dr. Strict.

Q. Have you spoken to either one of them about this incident?

A. No.

Q. Are you on the 18B panel?

A. Yes, I am.

Q. Have you continued to get 18B work since the incident?

A. In White Plains I have, yes.

Q. Did you stop getting 18B work from any other court following the incident?

A. I intended to go to Ardsley and I didn't because of this incident.

Q. I don't know how one applies for the 18B panel. Do you go to the court itself and advise them you are available?

81

BOTTARI

A. Yes.

Q. It was your intention at some point to go to the Ardsley Court and ask if you can be on the 18B panel?

A. Well, the 18B is broken into different districts. I am in a district that includes Ardsley, so I intended to go to Ardsley to pickup cases.

Q. So you are admitted in the 18B Ardsley district; is that right?

A. Yes.

Q. You could go to the Ardsley court at some point now and apply for cases if you chose to?

A. Yes. Whether or not the judge will assign me a case is a different issue?

Q. We don't know whether or not he would as we sit here today?

A. No.

Q. I am mean, has your income gone down as a result of this incident?

A. I can't say that it went down.

Q. Was your income lower or higher in 2005 than it had been in 2004?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
81

82

BOTTARI

A. It would be higher. The question that arose for me is how much higher it would have been had I not been arrested with it printed in a local newspaper.

Q. Do you find yourself busy as an attorney today?

A. Busy is relative. Do I work, yes, I do. I am working.

Q. Thankfully?

A. Yes.

Q. How about in 2006; was your income higher than it had been in 2004?

A. I don't know. I would have to look at my tax documents.

MR. WALSH: Can you mark this?

(Whereupon, the aforementioned photographs were marked as Defendants' Exhibit A for identification as of this date by the Reporter.)

Q. Did there come a time when someone went back to the scene and took photographs?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com
82

83

BOTTARI

A. Yes.

Q. Do you know who that person was?

A. That was me.

Q. Showing you Defendants' A for identification for today's date. Are those four of the various photographs you may have taken at the scene?

A. Yes.

Q. When did you take those photographs?

A. Couple of days later after the incident.

Q. Was anybody with you when you took the pictures?

A. I think my wife was with me.

Q. How many pictures did you take the scene?

A. I don't remember.

Q. Was it mor than six?

A. I don't remember how many photos I took.

Q. In addition, did someone take photos of your injuries?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

84

BOTTARI

A. Yes.

Q. Who took the photos of your injuries?

A. My wife.

Q. When were the photos of your injuries taken?

A. After the incident. I am just trying to think.

MR. FLAMM: Did she take the photos before or after those photos in Defendant's A were taken?

THE WITNESS: It may have been after it.

Q. It was within a few days of the incident?

A. Yes.

Q. Is there anything of relevance shown in those photographs?

A. The spots of blood.

Q. The dark spots that we see near the tire of the vehicle are blood?

A. Yes.

Q. You believe that to be your blood?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

BOTTARI

A. Yes.

Q. At any time that evening did you tell the police not to touch you?

A. No.

Q. At any time, I guess it is really that morning, did you tell the police that you did not have to do what they were asking you to do?

A. No.

Q. What was your mood like when you got to the parking lot that evening; were you upset about anything?

A. No.

Q. Were you intending to meet anyone in that parking lot that night?

A. No.

Q. There came a time when the charges against you were dismissed?

A. Yes.

Q. That was for failure to give you a timely trial?

A. Yes.

Q. Do you know who the ADA was who was handling your file?

BOTTARI

A. No.

Q. Have you ever spoken to either Sergeant Fischer or Officer Stephenson since this incident?

A. I have spoken with Officer Stephenson.

Q. On how many occasions?

A. A few occasions.

Q. Did you ever speak about this incident with Officer Stephenson?

A. No.

Q. What were the sum and substance of your conversations with Officer Stephenson?

A. Just a greeting.

Q. You just saw him around town or something?

A. I see him around town. Ardsley has a 5K race once a year. He usually patrols it and directs traffic. I recall seeing him, running past him, running by him and just saying hello to him.

Q. Were your hospital bills paid by your health insurance carrier?

BOTTARI

A. Most of them, yes.

Q. Do you have any out-of-pocket expense for your --

A. There is a $50 co-pay for emergency room use.

Q. Any other out-of-pocket expenses apart from your attorneys fees as a result of this incident?

A. Not that I know of.

Q. Do you have an accountant?

A. I do.

Q. Does he do your taxes?

A. Yes.

Q. Who is that?

A. Joe Sperano, Joseph Sperano (phonetic).

MR. WALSH: Off the record.

(Whereupon, an off-the-record discussion was held.)

Q. Is it S-P-E-R-A-N-O?

A. Say that again.

Q. S-P-E-R-A-N-O?

A. Phonetically, yes.

Q. He does your taxes?

BOTTARI

A. Yes.

Q. Where is his office located?

A. New Rochelle.

MR. WALSH: I have no more questions.

Thank you very much for coming in.

MR. FLAMM: I actually have a couple.

EXAMINATION BY

MR. FLAMM:

Q. Other than criminal defense work, do you do any other sort of legal what and if so, what?

A. Real estate closings, wills, name changes, anything that I think I am capable of doing and doing a good job, I'll do.

MR. FLAMM: Let me have a moment or two with Mr. Bottari. I'll be right back.

(Whereupon, a short recess was taken.)

Q. Mr. Bottari, from the time you

                                                                    BOTTARI

first interacted with Officer Stephenson to the time that you were put down to the ground, other than yourself and the police officers, who, if anyone else, was around?

A. No one.

Q. The gentleman that you saw the officers speaking with, what in the time line of events, when was it that they were speaking with him; before or after the ambulance arrived?

A. Before the ambulance.

Q. Before or after you were put down to the ground?

A. After I was put to the ground.

Q. Approximately how long in minutes or seconds were you on the ground before the officers went and had that conversation with that gentleman?

A. It was a couple of minutes.

Q. Now, when you first interacted with Officer Stephenson, did he ask you your name?

A. I don't remember.

Q. Now, is the CVS parking --

BOTTARI

there is parking spaces in the lot painted on the ground, correct?

A. Yes.

Q. Are they angled or perpendicular to the sidewalk?

A. Angled.

Q. And you were parked perpendicular to the sidewalk?

A. Correct.

Q. So you were not squarely between the parking lines, correct?

A. Correct.

Q. Were you more than 10 feet from the CVS front door; was the rear of your car more than 10 feet from the CVS door?

A. Yes.

Q. More than 20 feet?

A. I would say between 10 and 20 feet.

Q. Now, I think you had testified earlier that while you were on the ground you believe you were struck?

A. In the back of my head and neck.

BOTTARI

Q. Do you know if you were struck with someone's foot or fist or were you struck with an object?

MR. WALSH: Or something else.

A. I am not really sure. I thought that it was an elbow, but I am not sure. I can't really say because I couldn't see.

Q. Back in March of 2005, did you have a practice of keeping your business card case with you?

A. No.

Q. Now, was -- at Dobbs Ferry Hospital, was Officer Stephenson present with you?

A. Yes.

Q. Was he present during any of the conversations you had with any of the healthcare workers?

A. Yes.

Q. Did you tell him at the hospital, him meaning Officer Stephenson, that you had, had a fight with your wife that night?

BOTTARI

A. No.

Q. Did you tell Officer Stephenson at Dobbs Ferry Hospital that you intended to sleep in your car which was parked at the CVS lot?

A. No.

Q. Did you say either of those things to any of the healthcare providers?

A. No.

MR. FLAMM: I don't think I have anything else.

MR. WALSH: Thank you very much.

(Whereupon, at 2:00 p.m., the Examination of this Witness was concluded.)

______________
ANDREW BOTTARI

Subscribed and sworn to before me this _____ day of ________, 20___.

______________
NOTARY PUBLIC

BOTTARI

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF KINGS )

I, MARNI GALLETTA, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of January, 2007.

*Marni Galletta*
MARNI GALLETTA

Diamond Reporting, Inc.

ERRATA SHEET

Plaintiff(s): ______________________

Defendant(s): ______________________

| Page | Line No. | Error | Correction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DATE:

NAME OF WITNESS:

SIGNATURE:

Subscribed and sworn to before me this ____ day of ________, 2008.

______________
NOTARY PUBLIC

Look-See Concordance Report
...
UNIQUE WORDS: 1,090
TOTAL OCCURRENCES: 3,335
NOISE WORDS: 384
TOTAL WORDS IN FILE: 11,461
...
SINGLE FILE CONCORDANCE
...
CASE SENSITIVE
...
INCLUDES ALL TEXT OCCURRENCES
...
DATES ON
...
INCLUDES PURE NUMBERS
...
POSSESSIVE FORMS ON

– DATES –

7-26-66 [1] 10:12
January, 2007 [1] 93:20
January 7, 2008 [1] 1:12
March 3, 2005 [3] 10:20; 13:2; 20:11
March 3rd [2] 13:12, 15
March of 2005 [1] 91:10

– $ –

$20,000 [1] 75:10
$50 [1] 87:5

– 0 –

053121 [1] 2:12
07-cv-8192 [1] 1:6

– 1 –

10 [7] 5:12, 24; 6:14; 35:16; 90:14, 16, 19
10502 [1] 5:13
10601 [2] 1:21; 2:11
11242 [1] 2:6
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 [1] 10:14
12 [2] 14:12; 15:19
12:06 [1] 1:13
12:15 [1] 13:10
1501 [1] 6:15
16-years-old [1] 20:22
16th [1] 93:20
18B [7] 80:13, 15, 18, 24; 81:5, 6, 10
195 [1] 39:20
1984 [1] 8:12
1993 [2] 11:18; 12:16
1995 [1] 8:19
1998 [1] 6:22
1:30 [1] 64:16

– 2 –

20 [3] 90:18, 19; 92:23
2004 [3] 24:18; 81:25; 82:14
2005 [5] 10:20; 13:2; 20:11; 81:25; 91:10
2006 [1] 82:13
2007 [1] 93:20
2008 [1] 1:12
211 [2] 1:20; 2:11
221 [2] 3:2; 4:2
221.1 [1] 3:3
221.2 [2] 3:17; 4:7
221.3 [1] 4:3
26 [1] 2:5
2:00 [2] 64:16; 92:15

– 3 –

3 [3] 10:20; 13:2; 20:11
30 [1] 26:7
30s [1] 59:6
31 [1] 3:10
3115 [3] 3:5, 14, 22
35 [1] 59:6
3:00 [1] 76:22
3rd [2] 13:12, 15

– 4 –

405 [1] 7:11
445 [1] 69:6
4:00 [1] 76:22
4:30 [1] 64:19

– 5 –

55 [2] 1:20; 2:11
5:00 [1] 64:19
5:30 [1] 65:25
5K [1] 86:20

– 6 –

600 [1] 2:5

– 7 –

7 [1] 1:12
7-26-66 [1] 10:12

– 9 –

98 [1] 8:24

– A –

A-G-O-S-T-I-N-O [1] 74:20
ability [1] 11:24
able [1] 39:5
accent [1] 58:23
accompanied [1] 3:23
accountant [1] 87:11
achieved [1] 9:5
action [1] 93:16
active [1] 79:17
ADA [1] 85:24
addition [2] 62:25; 83:24
address [1] 67:20
administration [1] 66:12
admissions [1] 61:19
admitted [1] 81:10
admitting [1] 61:2
advise [4] 50:24; 51:4, 18; 80:25
aforementioned [1] 82:18
against-Docket [1] 1:5
age [1] 54:10
ages [1] 6:10
AGREED [4] 4:10, 13, 16, 20
aid [1] 52:24
alcohol [1] 21:7
ambulance [21] 52:9, 15, 18, 21; 53:3, 5, 6, 9; 54:15, 23; 55:22; 56:2, 7, 12, 19; 57:3, 10; 60:21, 22; 89:11, 12
anchor [1] 14:7
ANDREW [4] 1:3, 17; 2:5; 92:20
Andrew [1] 5:10
Angled [1] 90:7
angled [1] 90:5
answer [14] 3:8, 12, 17, 22, 23, 24; 19:4; 25:17; 26:18; 27:9; 45:7; 47:13
answered [4] 3:20; 4:6; 26:17; 47:12
anybody [8] 15:7; 16:3; 57:8; 67:9; 77:3, 9; 78:8; 83:15
anymore [1] 79:8
apart [4] 65:13; 73:5; 75:13; 87:8
apex [1] 37:15
appear [1] 36:21
Appearances [1] 66:5
applied [1] 50:12
applies [1] 80:23
apply [2] 3:9; 81:14
appropriate [2] 3:9; 4:18
Approximately [10] 7:16; 12:25; 13:5; 14:6; 15:19; 17:6; 32:16; 74:13; 75:10; 89:16
approximately [4] 23:15; 43:3; 70:25; 74:7
ARDSLEY [1] 2:10
Ardsley [22] 1:8; 5:12, 25; 6:14, 16; 8:10; 10:21; 13:6, 21, 22; 53:6; 63:21, 25; 71:8; 76:22; 80:21; 81:4, 8, 9, 11, 13; 86:19
area [2] 18:20; 88:5
arguments [1]

16:8
arm [4] 44:22; 45:3; 49:16; 50:9
arms [7] 45:9, 22; 47:11; 50:24; 51:4, 8, 13
arose [1] 82:3
arrest [5] 12:10, 15; 56:25; 66:14; 68:5
arrested [4] 10:19; 76:22; 79:22; 82:5
arrival [2] 32:20; 33:4
arrive [1] 32:15
arrived [26] 14:10; 16:25; 19:7; 21:5; 22:2; 27:3, 7; 32:11; 33:9, 15, 19; 34:2; 35:2, 18, 24; 36:17; 37:2; 53:3; 54:16; 55:23; 56:8, 13; 61:3; 67:4; 71:16; 89:11
arriving [1] 56:3
Article [1] 3:10
article [7] 76:5, 6, 9, 17, 20, 25; 77:4
Ashford [2] 17:14, 15
Asian [1] 58:17
asking [2] 5:18; 85:9
assign [1] 31:17
assistant [1] 9:7
Associates [1] 7:7
associates [1] 7:8
assume [2] 12:21; 79:21
attempt [1] 5:20
attend [1] 8:8
attendance [1] 3:15
attending [1] 55:13
attorney [18] 3:12, 21; 4:4; 5:15; 7:3; 9:8; 12:4, 7; 51:9, 12, 17; 70:9; 74:15; 75:13; 77:15; 79:22; 82:8
Attorney's [3] 8:4; 9:2, 11
Attorneys [2] 2:4, 9
attorneys [3] 4:20, 22; 87:8
Auto [1] 71:7
available [1] 80:25
Avenue [4] 6:12, 25; 6:14; 7:11, 16; 17:15
aware [1] 23:2
awhile [1] 74:24

– B –

B-U-R-N [1] 9:25
Bacitracin [1] 73:13
backed [1] 21:20
background [1] 58:22
ball [1] 66:19
baseball [1] 54:5
basis [2] 3:13, 24
beat [1] 72:6
bed [3] 60:20, 24; 72:20
behind [6] 28:23, 25; 32:7; 34:10; 35:10; 48:19
believe [5] 13:16; 50:22; 79:10; 84:24; 90:23
bent [2] 43:14, 15
besides [4] 19:13; 41:20; 57:9; 78:12
bill [1] 75:7
bills [1] 86:24
biology [1] 53:21
birth [1] 10:10
black [2] 58:15, 16
bleeding [3] 48:10, 13; 50:20
block [1] 32:19
blocking [1] 31:15
blood [4] 84:20, 22, 25; 93:16
blow [1] 50:5
Body [1] 71:7
body [15] 44:20, 25; 46:3, 5, 10, 12, 16, 18, 19, 20, 22; 47:2, 19, 21; 48:11
bond [2] 66:21, 23
Bose [1] 24:21
BOTTARI [4] 1:3, 17; 2:5; 92:20
Bottari [5] 5:10, 14; 7:7; 88:21, 25
brief [1] 26:8
Briefly [1] 37:5
briefly [2] 43:2; 57:14
broken [1] 81:6
Brooklyn [4] 2:6; 8:6, 21; 9:5
bruises [1] 73:10
buildings [1] 22:14
Burn [2] 9:22, 24
business [4] 18:19; 41:23; 42:2; 91:11
Busy [1] 82:9
busy [1] 82:7

– C –

call [5] 53:24; 65:20; 70:6; 78:4, 5
calls [2] 16:16; 65:17
capable [1] 88:18
capacity [1] 7:2
car [30] 19:10, 21; 21:25; 22:23; 24:12, 13, 23, 24; 25:23; 29:7; 31:14, 15, 16, 23; 34:4, 21; 38:5, 12, 13, 14; 53:5, 7; 56:3; 64:23; 71:3, 10, 14; 90:16; 92:5
card [3] 41:23; 42:2; 91:12
care [1] 55:10
carrier [2] 61:10; 86:25
case [4] 41:24; 42:2; 81:17; 91:12
cases [2] 81:9, 14
casual [1] 18:21
cell [20] 12:18; 16:11; 42:16, 24; 43:21; 59:20, 25; 60:3, 6, 10; 62:3, 5; 65:21; 68:9, 12, 17, 21, 24; 69:8
Center [1] 17:14
center [7] 14:2, 5, 8; 23:6, 11, 18; 25:7
certify [2] 93:9, 14
chair [1] 67:5
changes [1] 88:17
characterize [2] 27:19; 31:20
charge [2] 4:22; 11:15
charged [1] 66:10
charges [3] 66:7; 76:23; 85:19
Charles [3] 53:18; 54:2; 79:16
chest [2] 46:8; 47:2
child [1] 20:21
children [6] 6:5; 15:12; 54:9, 10, 12, 13
children's [1] 6:10
chose [1] 81:15
Church [2] 1:20; 2:11
circumstances [1] 9:9
City [1] 11:3
city [1] 11:13
Civil [1] 3:5
Clear [9] 53:16, 19, 20, 25; 55:17; 79:17; 80:7, 9
clear [2] 3:13, 23
clerk [1] 4:11
client [5] 78:21, 22; 79:6, 7; 80:4
clients [1] 79:11
closed [1] 26:14
closings [1] 88:16
clothes [2] 58:8, 9
co-pay [1] 87:5
College [1] 8:17
college [4] 8:13, 15; 11:20; 20:24
coming [3] 14:18; 72:15; 88:7
comment [1] 69:15
comments [1] 3:16
communicating [1] 4:4
Communication [1] 4:3
communication [3] 4:5, 8; 70:10
community [1] 79:17
complain [1] 62:20
complete [1] 3:25
compliance [1] 3:6
concluded [2] 19:2; 92:17
conclusion [1] 79:15

CONDUCT [2] 3:2; 4:2
conduct [1] 66:16
confidentiality [1] 3:19
connected [1] 60:20
consent [1] 4:5
consumed [2] 21:3, 7
continued [1] 80:15
controlling [1] 4:18
conversation [30] 27:5, 10, 11, 16, 20; 29:23; 30:17; 31:7, 22; 34:23; 36:2, 9; 37:7; 49:2, 4, 7; 54:16, 22, 25; 55:3; 57:22; 69:10, 22; 70:2, 3, 5, 13; 78:15, 24; 89:19
conversations [5] 36:5; 55:16, 21; 86:14; 91:19
converse [1] 78:19
conversing [1] 36:22
Cool [1] 18:11
cops [1] 72:7
copy [2] 4:21; 76:15
COUNTY [1] 93:4
County [4] 8:3; 9:2, 10; 10:9
Couple [3] 14:20; 78:3; 83:13
couple [4] 68:14; 76:13; 88:10; 89:20
course [1] 3:15
COURT [1] 1:2
Court [3] 1:18; 2:5; 81:4
court [8] 3:20; 4:12; 70:21; 74:9, 12; 80:19, 24; 81:14
cover [1] 72:25
coverage [1] 75:17
CPLR [6] 3:10, 14, 22; 4:15, 17, 18
Criminal [1] 7:19
criminal [1] 88:13
cruiser [1] 26:22
cuff [3] 60:18, 19, 23
cuffed [2] 60:22, 24
curious [1] 72:14
cut [1] 50:21
CVS [16] 14:9; 15:3, 10, 15; 21:18, 19 [illegible] 22; 22:9, [illegible]24; 70:23; 89:25; 90:15, 16; 92:6

– D –

D'Agostino [3] 74:18, 23; 75:3
D.A. [1] 8:6
DA's [3] 9:5, 17; 10:6
damaged [2] 60:6, 9
dark [1] 84:21
DATE [1] 1:12
date [4] 10:10; 70:21; 82:21; 83:7
DAVID [2] 1:8; 2:9
day [10] 12:25; 13:14, 18; 20:3; 64:18; 71:15; 72:22, 25; 92:23; 93:20
days [2] 83:13; 84:15
decided [1] 15:23
deemed [1] 4:17
defect [1] 3:13
DEFENDANT [1] 1:10
Defendant [2] 1:18; 2:9
Defendant's [1] 84:12
Defendants [2] 82:20; 83:6
defense [2] 7:19; 88:13
Definitely [1] 58:4
definitely [1] 58:3
Denali [1] 24:16
dentist [1] 54:9
DEPARTMENT [1] 2:10
Department [1] 1:9
department [2] 11:9; 69:24
depending [1] 18:5
deponent [6] 3:12, 17, 21, 24; 4:3, 5
deposition [8] 3:4, 7, 8, 11, 18, 25; 4:4
DEPOSITIONS [2] 3:2; 4:2
Depositions [1] 3:3
describe [3] 37:13; 59:2, 3
describing [1] 17:19
desk [illegible] 67:6; 69:3, 4, 5
despite [1] 52:2
details [1] 76:24
determining [1] 4:6
direct [2] 3:21; 39:14
direction [1] 3:23
directs [1] 86:21
disbelief [2] 50:21; 55:4
discussion [2] 39:13; 87:20
dismissed [1] 85:19
disorderly [1] 66:16
DISTRICT [2] 1:2
District [3] 8:3; 9:2, 11
district [4] 9:7; 12:4; 81:7, 11
districts [1] 81:7
Dobbs [4] 55:11; 71:8; 91:14; 92:4
doctor [2] 62:9, 15
documents [2] 66:8; 82:16
door [22] 24:2, 3, 6, 10; 25:23; 33:8, 16, 19, 22; 34:5, 6, 7, 9, 13, 14, 20; 35:21; 38:9; 39:2, 5; 90:15, 16
doors [1] 23:19
Dr [6] 53:16; 54:2; 55:17; 80:7, 9
dress [2] 18:20
drill [1] 5:17
Drive [1] 17:14
drive [4] 15:24; 17:10; 23:5; 26:11
driver [1] 38:9
driver's [12] 19:11; 24:3, 5; 29:12; 33:8, 16, 19, 22; 35:10, 20; 39:2, 5
Driving [1] 11:16
driving [3] 11:23; 57:13; 64:6
Drove [1] 15:22
drove [4] 15:20; 23:13; 25:6; 26:14
drugs [1] 21:4
duly [2] 5:3; 93:11

– E –

early [1] 13:11
effect [1] 4:11
eight-years-old [1] 6:12
elbow [1] 91:7
elbows [2] 43:13, 15
elicit [1] 49:19
Elmsford [1] 74:4
emergency [2] 73:6; 87:6
employed [1] 6:23
EMPLOYEES [1] 2:10
employees [1] 1:8
end [2] 45:22, 25
ended [1] 45:19
enforce [1] 3:19
Enterprise [2] 75:21; 76:4
entranceway [2] 22:20, 24
error [1] 3:13
ESQ [3] 2:4, 6, 12
essence [1] 50:19
estate [1] 88:16
ethnic [1] 58:22
Euclid [1] 17:14
evening [15] 14:11; 16:9, 16; 18:10; 21:4, 8; 27:24; 30:13; 33:21; 36:3, 14; 42:9, 13; 85:3, 12
event [1] 4:7
events [2] 34:12; 89:9
Exactly [1] 43:19
exactly [3] 22:3, 18; 33:11
EXAMINATION [3] 1:16; 5:6; 88:11
Examination [1] 92:16
examination [5] 3:15; 4:14, 21; 93:10, 12
examined [1] 5:5
examining [1] 3:25

example [1] 59:24
Except [1] 3:14
except [4] [illegible]:4, 6, 18, 22
exhibit [1] 82:20
expense [1] 87:4
expenses [1] 87:8
expressed [1] 50:21
extent [1] 3:14
eye [6] 47:23; 48:15; 62:24; 72:6; 73:16, 17

– F –

face [4] 46:9, 19; 50:20; 56:18
facial [1] 55:14
facing [2] 38:11, 15
fact [2] 7:8; 52:2
failed [1] 21:13
failure [1] 85:21
fall [2] 45:12, 15
[illegible]l [2] 47:19; 50:5
feeling [1] 48:2
fees [1] 87:8
feet [6] 33:12; 39:24; 40:3; 56:12; 90:14, 16, 18, 20
fell [1] 60:4
felony [1] 9:7
Ferry [4] 55:11; 71:8; 91:14; 92:4
field [2] 54:5
fight [1] 91:24
File [1] 2:12
file [1] 86:25
find [1] 82:7
fine [1] 12:21
fingerprinted [2] 67:24; 68:2
[illegible]rm [3] [illegible]:4, 6, 23
[illegible]st [37] 5:3; 14:17; 16:5; 19:7; 23:2; 25:6; 26:11, 14; 27:3, 7, 11, 15, 22; 28:4, 7; 29:4, 16, 22; 33:15, 18; 35:18, 24; 36:16; [illegible] 61:3; 65:10; 71:20; 89:2, 21
FISCHER [2] 1:8; 2:9
Fischer [24] 33:2, 5, 9, 18; 35:2, 5, 18, 24; 36:3, 10, 14, 16, 19; 37:2, 25; 39:9, 22, 23; 44:18; 45:2, 24; 64:8; 86:4
fist [1] 91:3
Five [2] 8:7; 47:17
five [9] 20:17; 29:17; 33:12; 43:3, 6; 65:25; 74:13; 77:8
Five-eight [1] 39:17
five-eleven [1] 40:4
FLAMM [17] 2:4, 6; 17:18; 19:4; 25:16; 26:16; 27:8; 36:8; 43:17; 45:6; 47:12; 68:6; 84:10; 88:9, 12, 20; 92:11
following [2] 12:15; 80:19
follows [1] 5:5
foot [2] 22:16; 91:3
force [1] 4:11
form [1] 3:13
formed [5] 37:9, 12, 13; 39:6, 10
former [2] 50:25; 51:17
forth [3] 3:19; 4:7; 93:11
forward [1] 31:19
found [2] 59:12; 70:9
Four [1] 7:22
four [4] 7:16; 29:17; 62:19; 83:8
Fox [1] 6:15
framed [1] 3:11
free [2] 70:15, 18
friend [3] 74:25; 77:17; 79:3
friendly [1] 75:2
front [15] 21:21; 24:2, 3, 10; 25:23; 31:15; 34:5, 21; 38:4, 13; 43:13; 46:7, 25; 90:15
fucked [1] 50:20
functioned [1] 60:8
furnished [1] 4:21

– G –

GALLETTA [2] 93:7, 23
Galletta [1] 1:22
gave [2] 67:16; 70:20
general.No [1] 3:3
gentleman [2] 89:7, 19
Give [1] 9:21
give [1] 85:21
given [6] 3:8; 63:9; 67:13; 69:13; 75:7; 93:13
Glen [1] 6:15
GM [1] 71:7
GMC [1] 24:16
gotten [1] 33:3
governmental [1] 66:11
grab [1] 42:25
grabbed [8] 42:18, 20; 43:9; 44:5, 10; 51:3, 7, 9
grabbing [3] 44:15; 50:24; 51:13
grade [1] 53:20
graduate [2] 8:11, 22
graduated [1] 8:16
greeting [1] 86:16
ground [40] 45:13, 16, 19, 22; 46:2, 4, 6, 12, 13, 15, 19; 47:6, 16, 18; 48:3, 11, 14, 16, 25; 49:6, 9, 12, 15; 50:5, 15, 18; 51:14; 52:7, 12, 14; 56:7, 16; 59:21; 60:4; 89:4, 14, 15, 17; 90:3, 22
grounds [1] 4:7
guess [1] 85:6
guys [2] 50:19, 22

– H –

half-an-hour [1] 63:15
Hampton [2] 7:11, 15
hand [3] 60:4, 5; 93:20
handcuff [1] 48:17
handcuffed [3] 12:12; 48:22; 52:8
handcuffs [6] 50:12; 57:6; 60:13, 17; 64:11; 67:3
handed [1] 69:19
handling [1] 85:25
Hands [1] 48:19
hands [14] 40:13, 20; 41:16; 42:15, 20; 43:8, 10, 21; 44:4, 9, 23; 46:23; 47:2; 51:22
Hartsdale [1] 6:17
hat [1] 59:10
hatchback [6] 24:24; 25:2, 5, 11, 15; 26:13
haven't [1] 56:3
head [3] 49:24; 50:5; 90:24
health [4] 61:6, 9, 13; 86:25
healthcare [3] 65:13; 91:20; 92:9
hear [3] 52:5, 17; 68:15
heard [2] 70:7; 78:25
height [2] 59:8, 9
held [4] 1:18; 39:13; 43:12; 87:20
hello [1] 86:23
hereby [1] 93:9
herein [1] 4:22
hereinbefore [1] 93:11
hereto [2] 4:18, 21
hereunto [1] 93:19
high [1] 8:8
higher [4] 81:24; 82:2, 4, 14
highest [1] 9:4
Hispanic [1] 58:20
hit [4] 46:5, 13, 15; 49:23
HODGES [1] 2:8
Hodges [1] 1:19
hold [7] 44:15, 18, 21; 45:2, 5, 21; 47:11
holding [1] 43:20
home [15] 15:9, 12; 20:4, 7; 30:24; 34:17; 65:5, 7, 23; 71:16, 17, 20; 72:15, 17, 18
Hospital [3] 55:11; 91:15; 92:4

hospital [20] 59:23; 60:14, 23, 24; 61:4, 14, 20; 62:8, 15, 18, 21; 63:3, 6, 9, 10, 13, 17, 20; 86:24; 91:23
hour [1] 63:15
hours [2] 13:12; 68:14
house [6] 14:25; 15:3, 18; 16:4; 17:3, 11
hurt [1] 48:8
hurting [1] 48:6

– I –

identification [2] 82:21; 83:7
II [1] 3:19
III [1] 3:20
illegal [1] 21:3
immediate [2] 9:13, 16
immediately [1] 14:23
Immediately [5] 24:4; 37:2; 38:22; 40:22; 47:11
impaired [1] 11:24
impression [2] 57:24; 77:21
improper [1] 3:20
in-depth [1] 78:14
incident [29] 10:21; 13:2, 6, 20; 20:3; 60:7; 66:24; 73:5, 15; 75:11, 17; 76:25; 77:23; 78:17; 79:8, 11, 20; 80:4, 11, 16, 20, 22; 81:22; 83:14; 84:8, 16; 86:5, 11; 87:9
include [1] 3:13
includes [1] 81:8
income [3] 81:21, 24; 82:14
indicate [1] 54:19
indicating [2] 43:16, 18
inform [2] 51:6; 56:25
information [1] 67:6
informed [1] 70:20
infraction [2] 11:23; 12:20
injured [1] 63:18
injuries [4] 73:4; 83:25; 84:4, 7
inquire [3] 61:12; 62:11; 71:22
inside [3] 27:14, 17, 25
instance [1] 65:18
insurance [4] 61:6, 10, 13; 86:25
intended [3] 80:21; 81:8; 92:4
intending [1] 85:15
intention [1] 81:3
interacted [2] 89:2, 21
interested [1] 93:17
interfere [1] 3:16
interposed [1] 3:6
interrogative [1] 31:24
interrupt [1] 4:4
intoxicated [1] 11:16
involved [3] 11:10; 12:2, 5
involving [1] 13:6
irregularity [1] 3:14
issue [1] 81:17
issued [1] 66:3
issues [1] 78:20

– J –

jacket [6] 18:14, 15, 16, 18, 19, 21
jail [1] 12:23
January [2] 1:12; 93:20
job [1] 88:18
Joe [1] 87:16
JOHN [1] 2:12
Joseph [1] 87:16
Judge [1] 4:12
judge [3] 10:9; 66:17; 81:16

– K –

keep [4] 42:14; 76:8, 10, 11
keeping [1] 91:11
kept [1] 76:15
Kevin [3] 77:13, 25; 78:12
kids [2] 54:12; 72:18
KINGS [1] 93:4
Kings [3] 8:3; 9:2, 10
knee [2] 47:22; 48:2
knees [1] 46:9

– L –

L.L.P. [2] 1:20; 2:8
lane [1] 22:8
last [6] 6:8; 9:16, 20; 10:4; 63:20; 72:7
late [1] 72:15
Law [1] 3:5
law [3] 7:17; 8:20, 22
leave [6] 9:12; 15:17; 30:25; 34:4; 64:17, 20
leaving [5] 9:10; 15:3; 34:18; 52:2; 66:2
leg [1] 73:11
legal [1] 88:14
Legion [1] 17:14
legs [1] 73:19
length [1] 18:14
Let's [1] 17:5
life [1] 20:20
limitation [1] 3:19
limited [1] 70:10
line [2] 39:14; 89:9
lines [1] 90:12
list [1] 76:23
listed [1] 66:7
listen [2] 19:20, 25
listened [1] 20:10
listening [5] 19:15, 17; 20:24; 28:20; 30:20
living [2] 20:19; 73:23
local [2] 75:22; 82:5
located [1] 88:3
lost [1] 79:10
lot [37] 13:24, 25; 14:11, 14, 16, 22; 15:4, 10, 15, 21, 23; 16:13, 17, 20; 17:7, 12; 19:7, 9, 20, 24; 20:10, 25; 23:4, 19, 24; 25:14; 26:6; 27:24; 56:22, 23; 65:11; 78:19; 79:18; 85:12, 16; 90:2; 92:6
lower [1] 81:24
lying [6] 48:25; 49:9; 56:6, 15, 18, 21

– M –

M-O-R-I-A-R-T-Y [1] 77:14
M.D. [1] 54:8
main [1] 14:7
Mainly [1] 55:12
male [2] 58:3, 4
man [1] 76:21
March [6] 10:20; 13:2, 12, 15; 20:11; 91:10
mark [1] 82:17
marked [6] 22:5, 9; 26:22, 23; 64:4; 82:19
MARNI [2] 93:7, 23
Marni [1] 1:21
marriage [2] 10:16; 93:16
married [3] 6:21, 22; 10:15
matter [3] 18:25; 75:5; 93:18
MATTHEW [2] 2:4, 6
mean [3] 29:6; 46:8; 81:21
meaning [1] 91:23
media [1] 75:16
medical [2] 73:4, 7
medication [4] 21:10, 14; 63:8, 9
Medium [1] 59:9
medium [1] 59:7
meet [2] 21:2; 85:15
mentioned [4] 77:7, 10; 78:10; 79:20
metallic [1] 42:5
MetLife [1] 74:2
MICHAEL [2] 1:8; 2:9

Michelle [2] 6:7; 10:17
Midnight [1] 13:10
[illegible]dnight [2] 13:8; 18:7
mile [4] 17:6; 65:8, 9; 70:24
miles [1] 17:5
Miles-wise [1] 17:4
Mill [4] 17:9; 38:15, 20, 21
minute [2] 23:16; 26:7
minutes [7] 14:20; 18:4, 5; 32:17; 47:17; 89:17, 20
Miranda [2] 67:13, 16
model [1] 24:15
moment [2] 7:9; 88:21
Monotone [1] 32:4
mood [1] 85:11
mor [1] 83:21
Moriarty [5] 77:13, 22; 78:2, 12, 24
morning [8] [illegible]3:11; 61:24; 64:19, 25; [illegible]5:24; 69:24; 76:23; 85:7
moved [5] 6:14; 32:18; 34:9, 15, 16
moving [1] 34:14
MR [24] 5:7; 17:18; 18:24; 19:4; 25:16; 26:16, 19; 27:8; 36:8; 43:17; 45:6; 47:12; 68:6; 74:19; 82:17; 84:10; 87:18; 88:5, 9, 12, 20; 91:5; 92:11, 13
Mr [16] 5:14; 53:16, 19, 20, 24; 55:17; 74:22; 75:3; 77:22; 78:24; 79:16; 80:6, 7, 9; 88:21, 25
mug [1] 67:22
music [9] 19:15, 18, 20, 25; 20:7, 10, 25; 28:20; 30:20
myself [1] 73:11

– N –

name [18] 5:8; 6:6, 8; 7:6; 9:18; 10:4; 12:8; 27:2; 32:22, 25; 53:17, [illegible]3; 62:14; 67:20; 76:17; 79:25; 88:17; 89:23
names [4] 6:10; 53:15; 78:7, 11
neck [2] 49:24; 90:25
negative [1] 79:21
neighborhood [2] 19:23; 20:20
neighbors [2] 19:24; 20:2
newspaper [5] 75:18, 20, 22; 79:2; 82:6
night [16] 16:6, 22; 17:20; 18:6; 19:20; 36:11; 57:9; 62:6, 21; 65:18, 21; 66:17; 69:12; 72:7; 85:16; 91:25
nine-years-old [1] 6:11
ninth [1] 53:20
north [1] 35:7
nose [1] 38:19
NOTARY [1] 92:25
Notary [4] 1:22; 4:11; 5:4; 93:7
Note [2] 27:8; 36:8
noted [2] 3:7; 19:5
noticed [1] 23:5
number [2] 10:13; 79:23

– O –

object [1] 91:4
Objection [2] 25:16; 45:6
objection [4] 3:11, 17; 27:8; 36:8
Objections [2] 3:3
objections [4] 3:3, 7, 9, 10
observed [1] 36:18
Obstruction [1] 66:11
occasion [1] 10:20
occasions [5] 10:23; 20:10; 76:3; 86:8, 9
occurred [4] 55:18; 62:12; 71:23; 75:11
off-the-record [2] 39:12; 87:19
office [11] 7:10; 8:4; 9:2, 5, 11, 17; 10:7; 54:6; 72:23; 74:3; 88:3
Officer [45] 27:4, 6, 12, 16, 23; 28:4, 6; 29:19; 30:9, 17; 31:21; 32:7, 13, 18; 33:3; 34:9, 24; 35:5, 17, 23; 36:18; 37:23; 39:15, 25; 40:10, 11, 24; 44:17, 21; 45:25; 64:9; 67:18; 68:23; 69:7, 11; 70:19; 86:4, 6, 11, 14; 89:2, 22; 91:15, 23; 92:3
officer [26] 3:7; 14:15, 18; 16:6; 19:8; 23:3, 18, 23; 25:6, 14, 20; 26:6, 10, 14, 21; 27:3; 32:11, 14, 20, 23; 48:21; 52:20; 55:25; 56:24; 57:25; 69:23
officers [20] 12:2; 34:2; 44:5; 45:10; 46:15; 47:5; 49:2, 5, 20; 52:23; 55:22; 57:10, 20; 59:19; 65:14; 68:16, 19; 89:5, 8, 18
offices [1] 1:19
Okay [3] 29:2; 68:3; 79:13
older [1] 59:4
Olivia [1] 6:11
open [13] 16:24; 23:19; 24:23; 25:2, 5, 9, 19; 26:13; 33:16, 19; 34:5, 14, 18
opened [2] 34:8, 20
opening [1] 34:13
opposed [1] 58:8
Order [1] 1:18
order [1] 3:19
out-of-pocket [2] 87:3, 7
outcome [2] 11:22; 93:17
outlook [1] 79:21
outside [4] 27:13, 17, 25; 28:3
overhear [4] 30:5; 36:24; 48:25; 55:20

– P –

P.M. [1] 1:13
p.m. [1] 92:15
paid [2] 12:21; 86:24
pain [3] 47:19; 48:3; 62:20
painted [1] 90:2
panel [3] 80:13, 24; 81:5
park [2] 15:23; 27:24
parked [6] 19:24; 21:18; 22:10; 38:18; 90:8; 92:5
Parking [1] 56:23
parking [39] 13:24, 25; 14:11, 14, 16, 22; 15:4, 10, 15, 21, 23; 16:12, 17, 20; 17:7, 11; 19:7, 9, 19, 24; 20:9, 25; 22:4, 5, 9, 10, 12; 23:3, 19, 24; 25:14; 26:5; 56:21; 65:11; 85:12, 16; 89:25; 90:2, 12
part [4] 44:25; 46:25; 47:19; 48:10
parties [4] 4:5, 17, 21; 93:15
Parts [1] 46:3
parts [6] 46:13, 16, 18, 20, 22; 47:21
party [1] 3:25
pass [1] 22:9
passed [1] 23:6
patrols [1] 86:21
Paul [3] 6:12; 9:22; 10:8
pay [2] 71:9; 75:3
pedigree [1] 67:19
people [6] 21:2; 54:15; 77:6; 78:5; 79:18, 21
period [1] 26:8
permitted [1] 3:14
perpendicular [3] 21:19; 90:6, 9
Person [1] 80:3
person [18] 3:9, 21; 57:12, 13, 15, 19, 25; 58:7, 11, 14; 59:4, 5, 13, 16; 61:19; 65:14; 83:3
Personal [1] 74:25
personnel [8] 53:9; 54:23; 55:23; 56:8, 12, 19; 57:11; 61:3
persons [1] 3:15
phone [19] 16:11, 15; 41:4, 20; 42:16, 24; 43:21; 59:20, 25; 60:3, 6, 11; 61:22; 62:3, 5; 65:15, 17, 21; 78:18
phonetic [2] 9:22; 87:17
Phonetically [1] 87:24
photographs [5] 82:19, 25; 83:8, 12; 84:19
photos [6] 83:23, 25; 84:3, 6, 11
Piccolo [1] 71:7
pickup [2] 71:14; 81:9
picture [1] 68:10
pictures [2] 83:16, 18
place [3] 13:3, 7, 21
placed [1]

12:18
plainly [1] 3:20
Plains [4] 1:21; 2:11; 7:12; 80:17
PLAINTIFF [1] 1:4
Plaintiff [2] 1:17; 2:4
play [2] 19:22; 20:7
played [2] 54:11, 12
Please [1] 5:8
please [4] 5:20; 10:11; 13:4; 49:13
pocket [1] 41:5
pockets [14] 40:14, 21; 41:9, 11, 14, 16, 20; 42:15, 17, 20, 24; 44:4, 9; 51:23
point [11] 25:9, 10; 37:17; 38:5; 48:4; 51:11; 60:16; 61:25; 68:22; 81:4, 14
pointed [2] 38:20, 21
POLICE [1] 2:10
Police [5] 1:8; 10:21; 27:4, 6, 12
police [59] 11:9; 12:2, 10, 15; 13:6, 21; 14:15, 18; 16:5; 19:8; 21:4, 25; 23:3, 17, 23; 25:6, 14, 19; 26:6, 10, 14, 21, 22; 32:11; 33:25; 46:15; 55:21, 25; 56:24; 57:10, 20, 25; 59:19; 61:23; 62:2; 63:21, 25; 64:4, 12, 15, 18; 65:4, 6, 12, 14; 66:2; 67:3, 7, 11; 68:15, 19, 25; 69:12, 23, 24; 70:22; 85:4, 8; 89:4
portion [5] 39:8; 44:20; 46:5, 7, 14
position [1] 21:17
post [2] 66:21, 23
Poughkeepsie [4] 11:2, 4, 8, 11
practically [1] 20:20
Practice [1] 3:5
practice [3] 7:18; 50:3; 91:11
prejudice [1] 3:21
prescribed [1] 21:14
prescriptions [1] 63:5
Present [1] 14:16
present [3] 14:15; 91:15, 18
presently [2] 6:3, 23
preserve [1] 3:18
pretty [1] 46:[illegible]
previous [1] 13:17
printable [1] 68:5
printed [2] 68:4; 62:5
Prior [1] 66:2
prior [14] 7:24; 10:16, 20; 14:21, 23; 15:3; 20:11, 23; 24:9; 30:2; 32:19; 44:15; 50:23; 56:2
privilege [1] 3:18
proceed [1] 3:8
professional [1] 73:7
prosecutor [3] 50:25; 51:5, 17
provided [3] 3:22; 4:14, 17
providers [2] 65:13; 92:9
PUBLIC [1] 92:25
Public [4] 1:22; 4:11; 5:4; 93:7
published [1] 75:25
publishing [1] 76:8
pull [5] 23:18; 25:14; 35:5; 41:8; 45:9
pulled [10] 25:20, 24; 26:5; 28:22; 31:14, 18; 32:6; 34:5, 21; 65:11
pulling [1] 41:16
purpose [4] 4:4, 6; 15:14, 16
purposes [1] 4:14
pursuant [3] 1:16; 3:4, 10

– Q –

quantifiable [1] 79:23
Quarter [1] 70:24
question [6] 3:20, 24; 4:6; 13:4; 49:13; 82:3
questioning [2] 3:12, 16
questions [7] 3:18; 5:18, 19; 32:3; 36:11; 67:10; 88:6
quick [1] 50:6

– R –

R-O-C-C-O [1] 74:21
race [1] 86:20
radio [2] 29:25; 30:8
[illegible] 3:11
rank [1] 9:4
ranking [1] 9:6
read [1] 76:13
reading [2] 76:10, 12
Real [1] 88:16
realized [2] 14:14, 17
rear [5] 21:24; 24:7, 8; 26:2; 90:15
reason [2] 4:7; 20:6
reasons [2] 40:19, 25
recall [37] 9:18; 13:14, 19; 15:8; 16:18; 20:14; 33:20, 24; 34:6; 39:7; 41:25; 42:7, 12; 46:12, 18, 20; 47:4; 50:13; 52:9; 54:24; 55:4, 19; 57:21; 58:18; 60:9; 61:9; 65:22; 68:11; 69:21, 25; 70:4, 12; 72:11; 77:9; 86:21
received [4] 16:15; 62:19; 69:16; 74:9
recess [2] 43:25; 88:23
recognized [1] 54:20
record [5] 4:8; 5:9; 39:11; 87:18; 93:12
referred [1] 74:22
Refusal [1] 3:17
refusal [1] 3:22
refusing [1] 51:22
regarding [1] 34:13
related [1] 93:15
relation [6] 33:7; 35:4; 37:10; 38:12, 17; 39:21
relative [2] 21:18; 82:9
relayed [1] 56:4
relevance [1] 84:18
relief [1] 3:9
remain [2] 12:14; 47:15
remainder [1] 3:25
remember [57] 11:25; 12:8, 13, 17, 19; 16:2; 18:9; 19:16; 20:18; 22:3, 25; 23:21; 24:17; 25:8, 18; 26:12, 20; 29:24; 33:10, 17; 35:3; 42:11; 44:7; 48:4, 7, 9; 52:22; 55:2, 8, 24; 58:10, 21; 59:11, 22; 60:2, 15, 18; 61:15, 21; 62:22; 63:[illegible] 23, 25; 68:7, 8; 69:13; 71:13; 72:3; 75:15; 78:9, 13; 83:20, 22; 89:24
remove [1] 51:22
removed [6] 44:3; 60:17, 19, 20, 24; 67:3
render [1] 52:24
rendered [1] 75:4
reopen [1] 33:22
Repeat [2] 13:4; 49:13
rephrase [1] 5:21
Reporter [1] 82:22
representing [1] 4:22
reputation [1] 77:22
request [1] 3:12
required [1] 74:9
reside [5] 5:11; 6:4, 13, 18; 77:19
resided [1] 5:24
resist [1] 45:4
Resisting [1] 66:14
resisting [1] 49:18
respect [1] 4:18
respective [1] 4:21
respond [5] 26:11; 31:2, 13; 47:9; 51:18
responded [2] 26:18; 40:18
response [6] 32:3; 44:14; 49:19, 21, 22; 50:3
restricted.Every [1] 3:10
result [12] 12:10, 20; 60:7; 66:24; 73:15; 74:8; 77:23; 79:8, 11; 80:4; 81:22; 87:9
retain [2] 18:25; 74:14
return [2] 23:14; 42:19
returned [1] 23:23
reverse [1] 31:16
ride [1] 64:12
right [14] 3:9, 18, 25; 22:17; 27:21; 35:12, 13; 37:20; 38:2, 23; 40:6; 45:3; 81:11; 88:22

01/07/08 BOTTARI vs FISCHER Look-See(8)

rightly [1] 79:22
rights [1] [illegible]
[illegible] 4:17
[illegible]er [4] 17:9; 38:16, 20, 21
Riverview [1] 17:13
Road [5] 6:15; 17:9; 38:16, 20, 21
road [1] 17:7
Rocco [2] 74:18, 20
Rochelle [1] 88:4
role [1] 7:2
room [2] 73:6; 87:6
route [5] 17:12, 16, 19, 22; 18:2
routes [2] 17:17, 24
Rule [3] 3:5, 14, 22
rule [2] 3:6, 15
RULES [2] 3:2; 4:2
Rules [1] 3:5
rules [1] 4:7
[illegible]nning [2] 36:22

– S –

S-P-E-R-A-N-O [2] 87:21, 23
safety [2] 40:18, 25
sales [1] 73:24
sat [2] 67:5; 69:5
saying [1] 86:23
scars [1] 73:14
scene [13] 27:3, 7; 36:11; 52:24; 54:23; 55:6, 18; 57:6, 9; 59:17; 82:24; 83:9, 19
school [3] 8:9, 20, 23
scrapes [2] 73:10, 19
second [4] 32:14; 45:23; 51:16; 53:17
seconds [5] 26:7; 43:4, 6; 50:7; 89:17
section [1] 4:7
[illegible]ctions [1] 4:18
Security [1] 10:13
separated [1] 37:9
sequence [1] [illegible]
Sergeant [24] [illegible] 33:2, 5, 8; 34:25; 35:18, 24; 36:3, 6, 10, 14, 16, 19; 37:2, 25; 39:9, 22, 23; 44:18; 45:2, 24; 64:8; 86:4
services [2] 74:14; 75:4
seven [1] 6:2
shirt [1] 18:13
shopping [7] 14:2, 5, 8; 23:6, 11, 18; 25:6
shots [1] 67:22
shoulder [4] 44:22; 47:22; 48:5, 6
shoulders [1] 43:11
Showing [1] 83:6
Shundia [4] 9:22; 10:2, 4, 8
shut [1] 34:6
sidewalk [12] 21:21, 25; 22:11, 13, 16, 18, 19, 21; 56:22; 90:6, 9
signed [2] 4:10, 11
significant [1] 3:21
Simpson [2] 9:23; 10:5
sir [1] 6:24
sit [1] 81:19
sitting [5] 19:10, 12, 14; 23:22; 35:9
six [5] 14:6; 39:23; 40:3; 74:13; 83:21
ski [1] 18:15
slacks [1] 18:13
slammed [1] 46:11
SLATER [1] 2:8
Slater [1] 1:19
sleep [1] 92:5
sleeping [1] 72:16
soccer [1] 54:4
Social [1] 10:13
somebody [3] 58:5; 67:6; 78:4
somehow [1] 77:22
Someone [1] 70:7
someone [3] 70:14; 82:24; 83:24
someone's [1] [illegible]
somewhat [3] [illegible] 37:19, 20; 38:2
somewhere [1] 34:20
sorry [2] 51:6; 53:17
sort [2] 37:13; 88:14
sought [1] 73:3
SOUTHERN [1] 1:2
space [2] 22:6, 10
spaces [1] 90:2
speak [10] 14:18; 37:4; 57:18; 61:2; 68:20; 70:7, 8; 71:19; 79:18; 86:10
Speaking [1] 3:10
speaking [7] 32:4; 68:16; 69:7; 78:5, 8; 89:8, 10
specifically [2] 72:11; 78:14
spell [3] 9:24; 10:3, 4
Sperano [2] 87:16
spoke [10] 16:5; 28:4; 29:5, 16; 40:9; 57:14; 61:19; 68:22; 70:7; 78:17
spoken [7] 27:23; 59:15; 75:12; 80:6, 10; 86:3, 6
sports [2] 54:11, 12
spot [1] 22:4
spots [2] 84:20, 21
Springwood [4] 5:12, 25; 6:14; 17:13
squarely [1] 90:11
SS [1] 93:4
standard [1] 50:3
standing [1] 37:11
start [1] 17:5
started [1] 24:5
STATE [1] 93:3
State [3] 1:22; 5:4; 93:8
state [1] 5:8
stated [2] 3:11; 4:8
statement [3] 3:13, 24; 51:19
statements [1] 3:16
[illegible]ating [1] 55:4
station [19] 12:10, 15; 61:23; 62:2; 63:22; 64:2, 12, 15, 18; 65:4, 7, 12; 66:3; 67:3, 7, 11; 69:2, 12; 70:22
stay [1] 52:3
steering [1] 35:10
STEPHENSON [2] 1:8; 2:9
Stephenson [45] 27:4, 6, 12, 16, 23; 28:5, 6; 29:19; 30:9, 18; 31:21; 32:7, 14, 18; 33:3, 15; 34:9, 24; 35:23; 36:18; 37:24; 39:15, 25; 40:10, 11, 24; 44:17, 21; 45:25; 48:23; 64:9; 67:18; 68:23; 69:7, 11; 70:19; 86:4, 7, 11, 15; 89:2, 22; 91:15, 23; 92:3
steps [3] 29:17; 35:16
stereo [3] 19:22; 20:4; 24:19
stiches [1] 62:25
STIPULATED [4] 4:10, 13, 16, 20
stitches [5] 55:12; 62:19, 23; 73:20; 74:6
stomach [2] 46:9; 47:3
stop [2] 35:6; 80:18
stopped [3] 29:15; 37:6; 57:14
store [4] 14:7; 21:18, 22; 70:23
stores [2] 14:4; 16:24
straight [2] 35:12; 43:12
Street [5] 1:20; 2:5, 11; 17:15; 58:9
street [1] 58:7
Strict [9] 53:16, 18; 54:3; 55:17; 79:16; 80:7, 8, 9
struck [3] 90:23; 91:2, 4
stuff [1] 41:17
subdivision [3] 3:4, 6, 22
subject [1] 3:9
Subscribed [1] 92:22
substance [9] 55:3; 57:22; 69:10, 22; 70:2, 13; 76:20; 78:23; 86:13
succinct [1] 3:23
succinctly [2] 3:11; 4:8

BSA 01/07/08 BOTTARI vs FISCHER Look-See(9)

suggest [1] 3:12
suit [1] 58:13
Suite [4] 1:20; 2:5, 11; 7:11
sum [7] 55:2; 57:21; 69:9, 21, 25; 70:13; 86:13
supervisor [2] 9:14, 17
supervisors [1] 9:19
surface [2] 56:22, 23
surrounding [1] 9:10
sustained [1] 73:5
SUV [2] 24:14; 64:3
sworn [3] 5:3; 92:22; 93:11
system [3] 19:21, 23; 24:19

– T –

talk [2] 65:12; 79:4
talked [1] 79:4
tall [2] 39:16; 59:7
Tarrytown [1] 77:20
tax [1] 82:16
taxes [2] 87:13, 25
teacher [1] 53:21
ten [1] 47:17
testified [2] 5:5; 90:21
testifying [1] 4:22
testimony [1] 93:13
Thank [3] 26:19; 88:7; 92:13
Thankfully [1] 82:11
therefor [1] 3:24
Thirty-eight-year-old [1] 76:21
three [4] 18:4, 5; 45:12; 70:20
three-quarter [1] 18:14
three-quarters [1] 65:8
throwing [1] 51:14
Thursday [1] 13:16
tickets [6] 66:3; 69:14, 15, 19; 70:20; 74:8
tidy [3] 24:11, 22; 25:25
time-wise [1] 17:4
timely [1] 85:22
times [9] 20:13, 17, 18, 22; 74:11, 13; 76:6, 14; 77:8
tire [1] 84:22
today's [1] 83:7
tone [3] 31:21, 25; 32:2
touch [2] 39:5; 85:4
towards [6] 38:12, 13, 14, 15, 20, 21
town [4] 11:7, 13; 86:17, 19
traffic [4] 18:6, 7; 22:8; 86:21
transcript [1] 4:10
transported [1] 63:25
treated [2] 63:2; 73:11
treatment [4] 62:17; 73:4, 8, 9
TRIAL [1] 1:16
trial [2] 4:14; 85:22
triangle [1] 37:14
true [1] 93:12
TV [2] 15:5, 6
twist [1] 49:17
type [7] 7:17; 18:15; 24:13, 19; 32:2; 49:22; 63:24

– U –

U.S. [1] 1:2
understand [2] 5:19, 22
UNIFORM [2] 3:2; 4:2
uniform [2] 26:24; 58:8
upset [2] 55:6; 85:13
utilized [1] 4:14
uttered [1] 49:15

– V –

Vassar [1] 8:16
vehicle [66] 21:17; 22:12, 15; 23:10, 20, 23; 24:2, 7, 9; 26:2, 5, 9, 22, 23; 27:13, 14, 17, 18, 25; 28:2, 3, 23, 25; 29:4, 8, 10, 14, 15, 19, 21, 23; 30:3, 9, 13, 19, 23; 31:8, 11, 15; 32:6, 8, 19; 33:4, 13; 34:10, 14, 15, 16, 22, 25; 35:5, 6, 7, 8, 11, 15, 19, 25; 38:18, 19, 22; 39:8; 57:13; 63:24; 64:4; 84:22
Verbal [1] 49:21
VILLAGE [1] 2:10
Village [2] 1:8; 13:22
village [4] 15:22, 25; 53:22; 54:7
voice [3] 31:21, 25; 32:2
volunteer [1] 53:6

– W –

wait [1] 51:16
waived [2] 3:5; 4:17
walk [1] 65:3
walked [2] 64:21; 65:6
walking [3] 23:25; 24:5, 9
wallet [11] 41:5, 21; 42:16, 24; 43:20; 59:20, 24; 61:17, 18, 22; 62:2
WALSH [11] 2:8, 12; 5:7; 18:24; 26:19; 74:19; 82:17; 87:18; 88:5; 91:5; 92:13
Walsh [1] 1:19
wanted [2] 41:7, 17
warning [2] 67:14, 17
Watching [1] 15:5
watching [1] 15:6
water [1] 43:24
wearing [7] 18:12, 13; 26:24; 57:5; 58:7, 11; 59:10
weather [1] 18:10
Wednesday [1] 13:18
week [2] 13:15; 74:7
Weekly [1] 76:2
weight [1] 39:18
west [1] 35:7
What's [1] 37:16
wheel [1] 35:10
Whereabouts [1] 13:23
WHEREOF [1] 93:19
Whereupon [6] 39:12; 43:25; 82:18; 87:19; 88:23; 92:15
White [4] 1:20; 2:11; 7:12; 80:17
white [1] 58:15
wife [14] 6:5, 19; 10:16; 15:9; 16:9; 65:18, 20; 71:17; 73:21, 22; 75:14; 83:17; 84:5; 91:24
wife's [1] 6:6
wills [1] 88:16
WITNESS [7] 17:21; 19:3; 43:19, 23; 68:8; 84:13; 93:19
Witness [1] 92:16
witness [4] 4:22; 5:3; 93:10, 13
Wool [1] 18:18
word [1] 36:9
words [3] 27:22; 28:7; 49:14
work [6] 72:22; 73:25; 80:16, 18; 82:9; 88:14
worked [1] 13:17
workers [1] 91:20
working [3] 7:23; 8:2; 82:10
worry [1] 55:9
wouldn't [1] 27:19
wound [2] 55:13, 14

– Y –

yeah [1] 35:22
year [2] 24:17; 86:20
years [5] 6:2; 7:16, 22; 8:7; 78:3
YORK [2] 1:2; 93:3
York [10] 1:21, 23; 2:6, 11; 5:4, 13; 10:9; 11:2; 77:20; 93:8
younger [1] 59:5
yours [3] 32:7, 19; 34:10
yourself [3] 67:9; 82:7; 89:4