

Case 7:07-cv-08192-CS   Document 20-10   Filed 04/24/2008   Page 3 of 6









