AUG. 20. 2007 10:00AM MED RECORDS NO. 770 P. 1

# COMMUNITY HOSPITAL AT DOBBS FERRY

128 ASHFORD AVENUE,
DOBBS FERRY, NY 10522
914-693-0700

| ADVANCE DIRECTIVE | YES | COPY ON CHART / NO REFERRAL NEEDED | COPY UNAVAILABLE: ADMITTED WITH NEW A.D. | COPY UNAVAILABLE: REFUSED COMPLETION OF NEW A.D. | COPY UNAVAILABLE: REFERRED TO S.S. | NO A.D.: INFO GIVEN | NO A.D.: -OR- REFERRED TO S.S. | REFUSED INFO BY PT OR S.O. NO FURTHER ACTION |
|---|---|---|---|---|---|---|---|---|
| 1. Organ Donor Card | ☐ | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2. Living Will | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Health Care Proxy | ☐ N | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. DNR | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5. Durable Power of Attorney | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## EMERGENCY DEPARTMENT RECORD

AM/PM: 1:12 am | PATIENT NO.: F00023699 | SERVICE DATE: 03/03/05

LAST, FIRST, MI: BOTTARI, ANDREW | CLERK: F004108 | D.O.B.: 07/26/66 | AGE: 38 | SEX: M | M/S: M | ACCOM.: | F/C: HM

STREET ADDRESS: 10 SPRINGWOOD AVE | APT: | SOCIAL SECURITY: 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 | HOME TELEPHONE: (914)674-2442

CITY: ARDSLEY | ST: | ZIP CODE: NY 10502 | OCCUPATION: LAYMER | BIRTHPLACE:

EMPLOYER NAME: SELF-EMPLOYED | ADDRESS: | BUSINESS TELEPHONE:

GUARANTOR: BOTTARI, MICHELE | STREET ADDRESS: 10 SPRINGWOOD AVE ARDSLEY | ST: NY | ZIP CODE: 10502

EMPLOYEE NAME: | ADDRESS: 10 SPRINGWOOD AVE ARDSLEY | BUSINESS TELEPHONE:

INSURANCE #1: | POLICY HOLDER: | BUSINESS TELEPHONE:

INSURANCE #2: | POLICY HOLDER: | BUSINESS TELEPHONE:

EMERGENCY CONTACT: BOTTARI, MICHELE | HOME TELEPHONE: (914)674-2442 | BUSINESS TELEPHONE:

ADDRESS: 10 SPRINGWOOD AVE, ARDSLEY, NY 10502 | RELATIONSHIP: WI

REFERRING PHYSICIAN: | E.R. ATTENDING: Ambrosia, Gerald J | PREVIOUS VISIT AT CHADF: ☐ Y WHEN: ☐ N

VISIT COMMENTS: | ICD-9: | ARRIVAL MODE: ASVAC / APD | EMERGENT ☐ | URGENT ☐ | NON-URGENT ☐

ACCIDENT LOCATION: | TIME: ☐ AM ☐ PM | ONSET DATE: / / | AS TOLD BY:

ALLERGIES / SPECIFY: NKDA | ☐ Latex | LMP: | PREG. ☐ Yes ☐ No | PMH: No Past Hx

TET: [illegible] | ☐ Yes ☐ No | PEDIATRIC WT:

TIME: 0112 Ambulatory c police officer, pt. [illegible] + hit head on sidewalk, [illegible] the [illegible] eyebrow. Denies LOC, [illegible] changes to [illegible]. Pt A&O x3, c dried blood on [illegible] side c lac.
? [illegible] by MD, Disch. c police officer

| MEDICATIONS | DOSE | FREQ | LAST DOSE |
|---|---|---|---|
| No Meds | | | |

NUTRITIONAL REFERRAL: ☐ YES ☐ REFUSED ☑ N/A

SOCIAL HX:

D.V. ☐ YES SOC. SERV. NOTIFIED ☐ NO

CRITICAL PATH: Brain injury

| TIME | PAIN SCORE | TREATMENT | TIME | POST SCORE |
|---|---|---|---|---|
| | | | | |

NURSE'S SIGNATURE: [signature]

X-RAY | LAB

HISTORY / PHYSICAL EXAM: [illegible handwriting]

[illegible]

| TIME | T | P | R | BP | $O_2$ SAT. | INIT |
|---|---|---|---|---|---|---|
| | 97.7 | 100 | 18 | 170/[illegible] | 99% | [illegible] |

[illegible]

| TIME | MD ORDERS | NURSE |
|---|---|---|
| | D.T. — refused | |

873.42, E885.9, E849.5

DIAGNOSIS: [illegible] 0881, 120.1

| TIME | PHYSICIANS NTFD | INIT |
|---|---|---|
| | | |

CONDITION / REASSESSMENT ☐ DISCHARGE ☐ ADMIT ☐ STABLE ☑ IMPROVED ☐ AMA

DISCHARGED TO ☐ HOME ☐ OTHER ☐ TRANSFER | ACCOMPANIED BY: | EXPIRED ☐ AM ☐ PM | CLERGY NTFD ☐ AM ☐ PM

DISCHARGE INSTRUCTIONS: [illegible handwritten instructions] ... 4-5 days.

YOU ARE INSTRUCTED TO FOLLOW UP WITH: ☐ OWN DOCTOR ☐ DOCTOR [illegible] 693-[illegible] WITHIN ___ DAYS TEL#: | INSTRUCTION # ___ GIVEN

ADMITTED BED: | TIME DEPARTED: 2:[illegible]

I HAVE RECEIVED AND UNDERSTAND THE INSTRUCTIONS
X [signature] PATIENT SIGNATURE | X [signature] NURSE'S SIGNATURE | TITLE | X [signature] PHYSICIAN'S SIGNATURE M.D.

CDFH010

AUG. 20. 2007 10:01AM    MED RECORDS    NO. 770    P. 3

AGENCY NAME Secor VAC
DATE/JOB Parade Face
CHIEF FACILITY PANELL LOST.

MILEAGE
END
BEGIN
TOTAL

CALL RECD
ENROUTE
AT SCENE
FROM SCENE
AT DESTINATION
IN SERVICE
IN QUARTERS

LOCATION CODE

NURSE/LAST NAME ... FIRST NAME
DOGSBERENGWOOD HUE

APPT/UNIT NUMBER    (914) 679-2792

ADDRESS ... 97 70BG2

D.O.B.    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

Call Received as:
● EMERGENCY
○ NON EMERGENCY
○ STANDBY

CHIEF COMPLAINT / SUBJECTIVE ASSESSMENT: PT FOUND SITTING IN BACK OF APD PATROL CAR
CUT ABOVE LEFT EYE    A+O X 3    NEURO X 4    PT REPORTED HIT HEAD PUSHED
TO GROUND    NO LOC    REPORTED BY PT

| VITAL SIGNS | TIME | RESP | PULSE | BP | LOC | R | PUPILS | SKIN | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | 0965 | 21 | 30 | 160 P | Alert | 15 | Normal | Normal | |
| | 0955 | 20 | 76 | 170 10 | Alert | 15 | Normal | Normal | |

OBJECTIVE PHYSICAL ASSESSMENT

COMMENTS: PT TRANSPORTED W/O INCIDENT W APD OFFICER

TREATMENT GIVEN: FILL IN CIRCLE
○ Moved to ambulance on stretcher/backboard
○ Moved to ambulance on stair chair
● Walked to ambulance
○ Airway Cleared
○ Oral / Nasal Airway
○ Esophageal Obturator Airway/Esophageal Gastric Tube Airway (EOA/EGTA)
○ EndoTracheal Tube (E/T)
○ Oxygen Administered @ ___ L.P.M. Method ___
○ Suction Used
○ Artificial Ventilation Method ___
○ C.P.R. in progress on arrival by: ○ Citizen ○ PD/FD/Other First Responder ○ Other
○ C.P.R. Started @ Time B ___
○ EKG Monitored (Attach Tracing) [Rhythm:]
○ Defibrillation/Cardioversion No. Times ___    ○ Manual    ○ Semi-automatic

○ Medication Administered (Use Continuation Form)
○ IV Established Fluid ___ Cath. Gauge ___
○ Mast Inflated @ Time ___
● Bleeding/Hemorrhage Controlled (Method Used: DP 4X4)
○ Spinal Immobilization Neck and Back
○ Limb Immobilized by ○ Fixation ○ Traction
○ Diesel or (Cold) Applied
○ Vomiting Induced @ Time ___ Method ___
○ Restraints Applied, Type ___
● Baby Delivered @ Time ___ in County ___
   ○ Alive ○ Stillborn ○ Male ○ Female
○ Transported in Trendelenburg position
○ Transported in left lateral recumbent position
● Transported with head elevated
○ Other ___

DISPOSITION (See list): DOBBS FERRY HOSP    DISP CODE ___