## TIME SHEET

**CLIENT:** Andrew Bottari

**RE:** Criminal Defense (Ardsley, New York)

**COURT:** Ardsley Village Court

| DATE | SERVICES RENDERED | TIME | DISB. |
|---|---|---|---|
| 03/07/05 | Meeting with Client re: arrest in Ardsley; took detailed statement of facts; set up file | 1.2 | |
| 03/15/05 | Meeting with Client re: strategy and ancillary matters | 0.9 | |
| 03/21/05 | Appeared in Ardsley Village Ct. for arraignment; discussions with client; discussions with ADA Saltzman; Reviewed Accusatory Instruments and Rap Sheet | 1.9 | |
| 03/25/05 | Meeting with Client; discussed CPL § 710.30 statement; Discussed motion options; discussed Huntley strategy | 1.1 | |
| 04/08/05 | Analyzed Accusatory Instruments (Informations); performed initial research re: obstruction of gov. admin.; analyzed cases and statute | 2.4 | |
| 04/11/05 | Performed initial research re: Resisting Arrest and Disorderly Conduct; analyzed cases and statute | 3.1 | |
| 04/12/05 | Drafted Notice of Motion and Affirmation sections re: sufficiency of charge (obstruction of gov. admin.) | 3.4 | |
| 04/14/05 | Drafted Affirmation section re: sufficiency of charge (resisting arrest and disorderly conduct) | 2.8 | |

257

| Date | Description | Hours |
|---|---|---|
| 04/21/05 | Meeting with Client; provided motion draft; discussed legal cases and research; reviewed client's proposed motion draft; perf. redraft of motion | 1.4 |
| 04/22/05 | Meeting with Client; provided revised motion draft; discussed strategy | 0.6 |
| 05/11/05 | Tele. conf. with ADA Saltzman; obtained consent for Huntley Hearing; Memo to file | 0.2 |
| 05/23/05 | Appeared in Ardsley Village Ct. for all purposes; set up Huntley Hearing; discussions with client | 1.8 |
| 05/27/05 | Reviewed Accusatory Instruments; Analyzed CPL § 710.30 Notice; Discussion w/ client; Prep. detailed letter to Court and DA's Office re: Huntley Hearing | 1.2 |
| 06/28/05 | Prep. for Huntley Hearing; reviewed file; perf. legal research; reviewed cases and statute; Meeting with client; prep. questions for cross-exam (P.O. Stevenson and Sergeant Fisher) | 3.6 |
| 06/30/05 | Tele. conf. W/ ADA Byrne re: adj. hearing; Tele. conf. w/ Court; tele. conf. w/ client | 0.3 |
| 07/19/05 | Rev'd Huntley Hearing Prep. notes | 1.0 |
| 07/21/05 | Tele. conf. W/ ADA Byrne re: adj. hearing; Drafted letter to Court; copy to ADA; tele. conf. w/ client | 0.4 |
| 07/27/05 | Discussion w/ Court Clerk re: new Huntley Hearing date; discussion w/ client; Rev'd e-mail from client | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 08/15/05 | Rev'd Huntley Hearing Prep. notes; discussions w/ client | 0.7 |
| 08/18/05 | Tele. conf. W/ ADA Byrne re: adj. hearing; tele. conf. w/ court clerk and client | 0.2 |
| 08/23/05 | Tele. conf. w/ court clerk' Meeting w/ client; drafted letter to Court; copy to ADA | 0.3 |
| 08/29/05 | Appeared in Ardsley Village Ct. for conf. (ct. in early recess); left message for Ct. clerk | 0.5 |
| 09/12/05 | Appeared in Ardsley Village Ct. for conf.; Discussion w/ J. Schwartz, ADA Byrne and client; new Huntley Hearing date set by Court; Prep. Excel CPL § 30.30 spreadsheet analysis | 1.2 |
| 09/13/05 | Rev'd Huntley Hearing Prep. notes | 0.5 |
| 09/15/05 | Tele. conf. W/ ADA Byrne re: adj. hearing; Drafted letter to Court; copy to ADA; revised Excel CPL § 30.30 spreadsheet; discussion w/ client | 0.4 |
| 10/25/05 | Rev'd Huntley Hearing Prep. notes | 0.5 |
| 10/27/05 | Prep. with client for Huntley Hearing; Viewed and analyzed scene w/ client; Appeared in Ardsley Village Ct. for Huntley Hearing; reviewed Rosario material; discussions with ADA Byrne; discussions with client | 2.8 |
| 10/28/05 | Meeting with client; discussed revised case Strategy; set up motion filing schedule and Procedure; Analyzed new Accusatory Instrument; Rev'd options re: dismissal Motion | 1.2 |

| Date | Description | Hours |
|---|---|---|
| 10/29/05 | Perf. extensive research re: suppression (4th Amend.); perf. extensive review of Rosario material and Huntley Hearing notes; Prep. rough draft of Affirmation (suppression Section) | 4.5 |
| 10/30/05 | Performed ext. research re: obstruction of gov. admin.; analyzed cases and statute in light of facts; incorp. Research into Motion draft | 5.5 |
| 10/31/05 | Performed ext. research re: Resisting Arrest and Disorderly Conduct; analyzed cases and statute in light of facts; incorp. Research into Motion draft | 3.7 |
| 11/01/05 | Meeting w/ client; discussion re: legal research and fact analysis | 0.5 |
| 11/28/05 | Rec'd and rev'd Transcript; incorp. into Motion draft | 3.2 |
| 11/29/05 | Finalized Notice of Motion and Affirmation; Prep. copies of Transcript; Assembled Exhibits; Assembled Cases cited; Prep. Appendix of Cases with Index pursuant to Court's request | 6.2 |
| 11/30/05 | Rev'd motion w/ client; Drafted detailed letter to Court; copy to DA's office; Set up service and filing | 0.7 |

Hours: 60.20
Hourly rate: $ 325.00
Amt. earned to date: $19,565.00
Plus: Disbursements: $    .00
Less: Amt. paid to date: $      .00
Amount Due $19,565.00

12/01/05    Copy (4 pages) received and accepted:

_____
Andrew Bottari

4

260